IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VOLORE & SON, INC.,<br><br>Defendant. | No. 3:12-cv-01683 NC<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

The parties requested, and the Court granted a continuance of the Case Management Conference to August 29, 2012 so that the parties could prepare and file and file a proposed stipulation for judgment. Dkt. No. 16. The Court has not received the proposed stipulation for judgment or an updated Case Management statement. Accordingly, lead counsel for all parties must appear at the Case Management Conference at 10:00 a.m., August 29, in Courtroom A.

**IT IS SO ORDERED.**

Dated: August 23, 2012

NATHANAEL COUSINS
United States Magistrate Judge