```
1  MURIEL B. KAPLAN (St. Bar #124607)
   MICHELE R. STAFFORD (St. Bar #172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA  94104
   Tel: (415) 882-7900
4  Fax: (415) 882-9287
   Email mkaplan@sjlawcorp.com
5        mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VOLORE & SON, etc., <br><br> Defendant. | NO. C 12 1683 NC <br><br> SUBSTITUTION OF ATTORNEYS |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs, BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the following substitution of attorneys:

Former Attorneys:
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965

should be removed and, consequently, should no longer receive notice of e-Filings.

SUBSTITUTION OF ATTORNEY                                        1

1  Plaintiffs' new co-counsel of record will be:

2  MURIEL B. KAPLAN (St. Bar #124607)
   MICHELE R. STAFFORD (St. Bar #172509)
3  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
4  San Francisco, CA  94104
   Tel: (415) 882-7900
5  Fax: (415) 882-9287
   Email mkaplan@sjlawcorp.com
6        mstafford@sjlawcorp.com

7  The following attorneys consent to this substitution:

8  Dated: __3/31__, 2013        ERSKINE & TULLEY
                                 A PROFESSIONAL CORPORATION
9

10                               _____
                                 MICHAEL J. CARROLL
11                               Former Attorneys for Plaintiffs
                                 Boards of Trustees, et al.
12
   Dated: __4/26__, 2013         SALTZMAN & JOHNSON LAW CORPORATION
13

14                               _____
                                 MURIEL B. KAPLAN
15                               New Attorneys for Plaintiffs
                                 Boards of Trustees, et al.
16

17

18

19 The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al.

20 hereby consent to the above substitution.

21 Dated: __3/21__, 2013         BOARDS OF TRUSTEES OF THE SHEET METAL
                                 WORKERS, et al.
22

23                               _____
                                 Bruce Word, Trustee
24

25

26 IT IS SO ORDERED.

27 Dated: _____May 10__, 2013   _____
                                 Magistrate Judge Nathanael Cousins
28                               United States District Court

   SUBSTITUTION OF ATTORNEY

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*